

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-13-00737-CV

**Wal-Mart Stores, LLC**, Wal-Mart Stores, Inc., and Wal-Mart Stores Texas, L.P.,
Appellants

v.

JoAnn **FLORES**, Individually and as Representative of the Estate of Justin M. Flores, Deceased,
and for and on behalf of All Those Entitled to Recover for the Death of Justin M. Flores under
the Texas Wrongful Death and Survival Statutes,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-10-109
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

This cause is set for formal submission and oral argument before this Court on June 11, 2014, at 1:30 p.m. The parties have informed this Court that they have reached a settlement agreement. Therefore, this cause is WITHDRAWN from formal submission and oral argument. Because the parties have reach a settlement agreement, they are ORDERED to file a motion to dismiss this appeal on or before **August 8, 2014**. If a motion to dismiss is not filed by such date, this cause will be reset for formal submission and oral argument.

It is so ORDERED on this 9th day of June, 2014.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court